UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DUANE A. FINKS, <br><br> Plaintiff, <br><br> vs. <br><br> DEPUTY PENA, et al., <br><br> Defendants. | CASE NO. CV10-752 DMG (Ex)) <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE [53]** |

In accordance with the parties' stipulation [Doc. # 53], and good cause appearing therefor,

IT IS ORDERED that the entire action is dismissed with prejudice with the parties to bear their own costs and attorneys' fees.

DATED: October 5, 2012

_____
DOLLY M. GEE
United States District Judge

4839-0761-9857.1

ORDER FOR DISMISSAL WITH PREJUDICE